UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAVID SERNA** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-1301** |
| **LT. RONNIE SEAL, ET AL.** | **SECTION "T" (5)** |

### O R D E R

Currently before the Court is a Report and Recommendation of the United States Magistrate Judge recommending that Plaintiffs's suit be dismissed for failure to prosecute pursuant to Local Rule 41.3.1E and FRCP 41(b). The Magistrate's recommendation was returned to this Court as undeliverable. Rec. Doc. 38. Further, objections to the Report and Recommendations have not been timely filed. The Court, having considered the complaint, the record, the applicable law, and the Report and Recommendation of the United States Magistrate Judge, hereby adopts the Report and Recommendation of United States Magistrate Judge (Rec. Doc. 37) as its opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's Complaint is **DISMISSED** for failure to prosecute under Local Rule Rule 41.3.1E and FRCP 41.

New Orleans, Louisiana this 4th day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE
G. THOMAS PORTEOUS, JR.